Action by Bowman, Thompson & Co., Limited, against Joseph F. Fuerst, Albert F. Fuerst, and Jules Fuerst. From an order denying a motion to vacate an order of arrest, defendants appeal. Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

I. M. Dittenhoefer, for appellants.

James Dunne, for respondent.

PER CURIAM. As the right to maintain this action and the order of arrest granted herein both depend upon the construction to be given to the agreement entered into between the parties to this action, and as this construction may depend upon the course of business of the parties under it, which course of business can only be satisfactorily established upon the trial, we think that upon this appeal we should not attempt such construction, and therefore affirm the order appealed from, with $10 costs and disbursements.

---

## BOWMAN, THOMPSON & CO., Limited, v. FUERST et al.

### (No. 51.)

(Supreme Court, General Term, First Department. March 16, 1894.)

Appeal from special term, New York county.

Action by Bowman, Thompson & Co., Limited, against Joseph F. Fuerst, Albert F. Fuerst, and Jules Fuerst. From an order denying a motion to vacate an order of arrest, defendants appeal. Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

I. M. Dittenhoefer, for appellants.

James Dunne, for respondent.

PER CURIAM. For the reasons expressed in the case of Bowman, Thompson & Co. v. Fuerst (herewith handed down) 28 N. Y. Supp. 168, the order appealed from should be affirmed, with costs.

---

(76 Hun, 53.)

## VAN INWEGEN v. NEW YORK, L. E. & W. R. CO.

(Supreme Court, General Term, Second Department. February 12, 1894.)

APPEAL—REVIEW—WEIGHT OF EVIDENCE.

In an action against a railroad company for personal injuries, caused by blowing a whistle and letting off steam from defendant's locomotive, whereby plaintiff's team was frightened and ran away, a judgment in favor of plaintiff will not be disturbed on appeal on the ground that the engineer was not acting within the scope of his employment, where he testifies that the acts complained of were done for the purpose of moving the cars in the course of his duty, though according to plaintiff's testimony such acts were willful and malicious.

Appeal from circuit court, Orange county.

Action by James H. Van Inwegen against the New York, Lake Erie & Western Railroad Company to recover for injuries to plaintiff's team of horses, harness, and wagon, and for injuries to himself, caused by the running away of his horses, which were frightened